## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MAREK BISZCZANIK,

      Plaintiff,

v.                                                                                    Case No. 16-11957

NATIONSTART MORTGAGE LLC, and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

      Defendants.

_____/

## JUDGMENT

In accordance with the court's "Order Adopting Report and Recommendation and Dismissing Amended Complaint," dated July 10, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Nationstar Mortgage LLC and Federal National Mortgage Association, and against Plaintiff, Marek Biszczanik. Dated at Port Huron, Michigan, this 10th day of July 2017.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:   July 10, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 10, 2017, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522